# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL JACKSON,**

    **Plaintiff,**

    v.                                Case No. 12-CV-377

**SHERIFF BRADLEY G. GEHRING,**
**GUARD LANCE WILSON,**
**and GUARD STREEN,**

    **Defendants.**

## ORDER

On November 30, 2012, I granted defendants' motion to compel and ordered plaintiff to provide defendants and their counsel with a release for his medical records by December 14, 2012, or this case would be dismissed with prejudice for failure to prosecute. Counsel for defendants filed a letter on December 18, 2012, advising that plaintiff has not submitted a signed medical authorization.

**IT IS THEREFORE ORDERED** that this action is dismissed with prejudice for lack of prosecution pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment dismissing plaintiff's claims and this action.

Dated at Milwaukee, Wisconsin, this 19th day of December, 2012.

                                                    s/ Lynn Adelman

                                                    LYNN ADELMAN
                                                    District Judge

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the actions within 21 days.